UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2017 MAY 25  P 2:56
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| KAREN HANSON | ) | |
| | ) | |
| v. | ) | CV 216-54 |
| | ) | |
| HARRIS TEETER, LLC, | ) | |

### ORDER

Plaintiff Karen Hanson and Defendant Harris Teeter, LLC, filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and stipulates to the dismissal of this action with prejudice. Each party shall bear their own costs, if any. The Clerk is hereby ordered to close this case.

So ORDERED, this 25 day of May, 2017.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
Rev. 8/82)